UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:09-CR-23 |
| | ) | |
| DARRYL TOWNSEND | ) | COLLIER/CARTER |

## **O R D E R**

On July 6, 2009, Magistrate Judge William B. Mitchell Carter filed a Report and Recommendation recommending (a) the Court accept Defendant Darryl Townsend's ("Defendant") plea of guilty to Count Three of the Four-Count Indictment, (b) the Court adjudicate Defendant guilty of the charges set forth in Count Three of the Four-Count Indictment; and (c) Defendant shall remain in custody pending sentencing in this matter (Doc. 16). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 16) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count Three of the Four-Count Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count Three of the Four-Count Indictment; and

(3) Defendant **SHALL REMAIN** in custody pending sentencing on **Thursday, October 8, 2009, at 9:00 am.**

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**